DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Ashford v. Wal-Mart Stores<br><br>Case Below:<br>169 N.C. App. 255 | No.211P05 | Plt's Motion for "Appeal Notice of Petition for Rehearing" (COA04-129) | Dismissed 05/04/05 |
| BellSouth Telecomms., Inc. v. City of Laurinburg<br><br>Case Below:<br>168 N.C. App. 75 | No. 118P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-145) | Denied 06/30/05 |
| Boyd v. Robeson Cty.<br><br>Case Below:<br>169 N.C. App. 460 | No. 221P05 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-1222) | Denied 06/30/05 |
| Bryson v. Cooper<br><br>Case Below:<br>166 N.C. App. 759 | No. 640P04 | Plt's Petition for a Rehearing and En Banc by the Full Supreme Court Justices (COA03-1484) | Dismissed 06/30/05 |
| C.F. Little Dev. Corp. v. N.C. Natural Gas Corp.<br><br>Case Below:<br>167 N.C. App. 653 | No. 038P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1383) | Denied 05/04/05 |
| Clayton v. N.C. State Bar<br><br>Case Below:<br>168 N.C. App. 717 | No. 224P05 | Plt's PWC to Review Decision of COA (COA04-863) | Denied 06/30/05 |
| N.C. Comm'r of Labor v. Weekley Homes, L.P.<br><br>Case Below:<br>169 N.C. App. 17 | No. 271P05 | 1. Petitioner's NOA Based upon a Constitutional Question (COA03-1634)<br><br>2. Respondent's Motion to Dismiss Appeal<br><br>3. Petitioner's PDR Pursuant to N.C.G.S. § 7A-31 | 1. —<br><br>2. Allowed 06/30/05<br><br>3. Denied 06/30/05 |